**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1383

MICHAEL J. FITZGIBBONS, acting on behalf of the Director of the South Carolina Department of Insurance, in his capacity as the Special Deputy Receiver of the South Carolina Health Cooperative, Inc., a Multiple Employer Self-Insured Health Plan on behalf of Director of the South Carolina Department of Insurance,

Plaintiff - Appellee,

v.

DE'SHAUN WILLIAMS,

Defendant - Appellant,

and

ALTON ATKINSON; JOHN THOMAS CHILDS, IV; LARRY BUSCH; CHERISE RAYMOND; ANDRE GARCIA LITTLEJOHN; VICKIE DAMON; WINSTON COOK; KRISTIN KETTERMAN; DANIEL WHEELER; KING CAPITAL GROUP; A-Z CONSULTING LLC; INTERMEDIARY NETWORK; BUSCH LAW CENTER LLC; JJLJ FINANCIAL; PROTEGE INVESTMENTS LLC; IGWT CONSULTING LLC; COOK BUSINESS SERVICES LLC; JOHN DOES 1-10,

Defendants.

No. 20-1384

MICHAEL J. FITZGIBBONS, acting on behalf of the Director of the South Carolina Department of Insurance, in his capacity as the Special Deputy Receiver of the South Carolina Health Cooperative, Inc., a Multiple Employer Self-Insured Health Plan on behalf of Director of the South Carolina Department of Insurance,

Plaintiff - Appellee,

v.

CHERISE RAYMOND,

Defendant - Appellant,

and

ALTON ATKINSON; JOHN THOMAS CHILDS, IV; LARRY BUSCH; DE'SHAUN WILLIAMS; ANDRE GARCIA LITTLEJOHN; VICKIE DAMON; WINSTON COOK; KRISTIN KETTERMAN; DANIEL WHEELER; KING CAPITAL GROUP; A-Z CONSULTING LLC; INTERMEDIARY NETWORK; BUSCH LAW CENTER LLC; JJLJ FINANCIAL; PROTEGE INVESTMENTS LLC; IGWT CONSULTING LLC; COOK BUSINESS SERVICES LLC; JOHN DOES 1-10,

Defendants.

_____

Appeals from the United States District Court for the District of South Carolina, at Anderson. Donald C. Coggins, Jr., District Judge. (8:17-cv-02092-DCC)

_____

Submitted: June 16, 2020                    Decided: June 18, 2020

_____

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

De'Shaun Williams, Cherise Raymond, Appellants Pro Se. Russell Grainger Hines, YOUNG CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants De'Shaun Williams and Cherise Raymond seek to appeal the district court's order accepting the magistrate judge's recommendation and partially granting and partially denying Appellants' respective motions for summary judgment on civil claims that they conspired to defraud South Carolina Health Cooperative, Inc. ("SCHC"), a multiple employer welfare arrangement. Appellee Michael J. FitzGibbons, acting in his capacity as the Special Deputy Receiver of SCHC, moves to dismiss the appeals for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant FitzGibbons' motion and dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*